UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:                                                                                          :    Case No.  23-22576 (cgm)
                                                                                                    :
    Patrick Anthony Campbell,                                   :    Chapter 13
                                                                                                    :
                         Debtor(s)                    :
_____:

## ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**:  Nationstar Mortgage d/b/a Rushmore Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT

**Property Address**:     3 Old Farm Circle, White Plains, NY 10605

**Last Four Digits of Account Number of Loan**:  3457 (previously 5826)

**File Date of Loss Mitigation request**: 10/18/2023

**Date of Entry of Loss Mitigation Order**: 11/03/2023

**Date of Entry of Order Approving Settlement** (*if any*):  01/14/2025

**Other Requests for Loss Mitigation in this Case**: ____ Yes       __X_ No

      The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

| | | | |
|---|---|---|---|
| ✓ | Loan modification | ☐ | Surrender of property |
| ☐ | Short sale | ☐ | No agreement has been reached |
| ☐ | Other: _____ | | |

      **ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.



**Dated: January 16, 2025**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**